UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

WILLIAM J. HIGGINS,

                Plaintiff,

  -against-

GENERAL MILLS, INC.; CHAIRMAN
GENERAL MILLS JOHN DOE #1;
STEPHAN W. SANGER, C.E.O.; THE
PILLSBURY COMPANY; DIRECTORS
OF THE PILLSBURY COMPANY, JOHN
DOES; PROGRESSO QUALITY FOODS
COMPANY and DIRECTORS and
DISTRIBUTORS, PROGRESSO QUALITY
FOODS COMPANY, JOHN DOES,

                Defendants.

------------------------------------------------- ---------X

**ORDER**

02-CV-208 (ARR) (LB)

BLOOM, United States Magistrate Judge:

      At an initial conference on July 24, 2002, pursuant to Rule 16 of the Federal Rules of Civil

Procedure, the Court set the following schedule: defendants' motion to dismiss dated June 21, 2002,

shall be held in abeyance; plaintiff shall serve and file an amended complaint by August 30, 2002;

defendants shall answer the amended complaint or renew their motion to dismiss by September 20,

2002. Plaintiff may contact the Court's Pro Se Office at (718) 260-2365 for information regarding

the Court's procedures.

      SO ORDERED.

                                      Lois Bloom
                                      United States Magistrate Judge

Dated: July 25, 2002
       Brooklyn, New York

Copies to:
        Honorable Allyne R. Ross, U.S.D.J.

        William J. Higgins
        86L Glen Keith Road
        Glen Cove, New York 11542
        Plaintiff, *Pro Se*

        Stuart M. Feinblatt, Esq.
        Sills, Cummins, Radin, Tischman, Epstein & Gross
        712 Fifth Avenue
        New York, New York 10019
        Attorney for Defendants