SILLS CUMMIS RADIN TISCHMAN
EPSTEIN & GROSS, P.A.
712 Fifth Avenue
New York, New York 10019
(212) 643-7000
Attorneys for Defendants



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM J. HIGGINS, *Pro Se*<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MILLS INC., and PROGRESSO QUALITY FOODS COMPANY,<br><br>Defendants. | Civ. Case: #2-02-00208 (AR) (LB)<br><br>**CERTIFICATION OF SERVICE** |

KENNETH G. CALHOUN, of full age having been duly sworn, certifies as follows:

1. I am a Legal Assistant employed with the firm of Sills Cummis Radin Tischman Epstein & Gross, P.A. attorneys for the Defendants.

2. On July 30, 2003, I caused true and correct copies of the following:

- Letter Brief in Response to Plaintiff's Motion to Compel the Deposition of the Chairman and Chief Executive Officer of General Mills, Inc., Stephen W. Sanger and In Support of Defendants' Cross-motion for a Protective Order Precluding the Plaintiff from Deposing Mr. Sanger;

- Defendants' Notice of Cross-Motion For A Protective Order; and

- Proposed form of Order

to be served via Federal Express overnight delivery on the following:

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Allyne R. Ross, J.U.S.D.C.; Eastern District
U.S. Courthouse
Room 252
225 Camden Plaza East
Brooklyn, New York 11201

Clerk of the Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

William J. Higgins
86 L Glen Keith Road
Glen Cove, New York 11542

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements by me are willfully false, I am subject to punishment.

_____
KENNETH G. CALHOUN

July 30, 2003